1 | Name: Christopher K Alanso

2 | Address: 585 Westwind Dr. El Centro CA 92243

3 | Telephone Phone: 442 283 9999

4 | Email: chalanso11@gmail

```
                            ┌─────────────────────────┐
                            │          FILED          │
                            │                         │
                            │       Apr 26 2023       │
                            │                         │
                            │  CLERK, U.S. DISTRICT COURT  │
                            │ SOUTHERN DISTRICT OF CALIFORNIA │
                            │ BY        s/dmartinez    DEPUTY │
                            └─────────────────────────┘
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Christopher K Alanso

                                        Case No.: **'23CV0760 WQHNLS**
                                        ─────────────────────────
Plaintiff(s),                           (assigned at time of filing)

v.                                      **COMPLAINT**

William Quan, Poti Flores, Ross,
Mr Lope Negrete, Christopher Plourd

Defendant(s).

## I.    RELATED CASES

a.    Do you have other Civil Case(s) in this or any other federal court?

☐ Yes        ☒ No

b.    If yes, please list the case numbers here:

## II.    STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

( Attached )

Aresting Report & Incident Report along with the Jail Inmate report may be found in the other statement paperwork from the previous civil summon lawsuits that I have submitted that are still pending.

Such paperwork & documents show errors of false information articulated.

This is my Driver license #

Ct DL# F1994825

State ID# A33352908 is articulated on the report which is not my government number.

**III.    RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
*Do not use this space to state the facts of your claim.)*

I need the trail proceeding investigated as soon as possible. lawyer & Judge claim subpoena delayed but Judge Pound Previously stated he viewed incident video No Judge comes to ruling. No evidence is permitted on any behalf & I have yet to make any statement regarding the situation & this is my 9th time having a court proceeding on petty allegations that video evidence prove otherwise.

I have had several Preliminary hearings & Pretrials with five different Judges & case is always pushed back for another preliminary hearing where case again gets delayed & nothing is set forward by Judge nor the city lawyer (Warren). Asking for everys Judge's past case trail conviction gets re-investigated as none of these Judges go based off evidence as I have attended several hearings where I observed & recorded individual being held against their rights by pushing court dates back No charges were filed & continue to remain in custody. Fortunately I was able to bail but courts continue to state I am an inmate out on bail on such petty allegations.

I also wish you investigate ones degree & law credentials & have Judges retake bar exam to assure they know the law. Asking for profile base bias sentencing training as my evaluations observe Judges & lawyers /D.A is going based on previous convicts or other inmates which I believe a previous family court matter is what may be a deciding factor. Seems like no Judge knows their civil rights the right to express yourself even with profanity. Violations of any civil rights were abuse where officers placed hands on me therefore I did not resist.

1   **IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2   *pursuant to FRCP, Rule 38?)*

3   ☑ Yes        ☐ No

4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   3-15-2023
    Date                                    Signature

8   Christopher A. Gauso
    Printed Name

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Currently i have a law suit pending against the imperial county sheriffs offices and the el centro police department regarding false arrest with false articulated reports. The law suit fall under statue 1983 as excessive force was used when victim was being detained and questioned violating his rights. The victim questioned officers whether there was probable cause to iniate arrest where they seem confused therefore i questioned them on the law requesting a supervisor. Before that, the officer asked me whether i had previously been at 7 eleven and to elaborate where i explained to him there was an exchange of profanity expressing my freedom of speech as the lady lied about not have such services available and refused service. I told martha, " you better start looking for a new job you fat bitch cause i am going to call coroporate office an report you." I then walked out and go in my vechicle. as i turned around in my car to exit towards the south side of the parking lot the 7 eleven employee came out of the front door of the store walking toward and into the parking slots where i suddenly came to a stop about 10 yards away and asked her if she needed any help. I believed the employee was going to walk in front of my vehicle therefore i decided to get of my car and confront her before she tried to cause harm to herself as I did state she should start to find another job and felt victimized retailed and slandered as everything was captured on video footage.

My first court appearance was from within the imperial  county jail computer court call where lepe negrete the judicial officer ruled order. Lepe negrete did not come to a conclusion regarding a sentence but did make some comments about being one of the most dangerous criminals in the nation with extreme anger management problems and needed help as I was a danger to the community. Lepe slandered an implied her own opinion on the matter as she took a bias perspective. The incident involved a first amendment case where the individual cussed out a female employee for refusing service where such service was available and given. the judge also gave an unfair unconsequence whether she raised my bail from 25,000$ to $50,000 USD. (Bivens Law). lepe negrete placed punishments by profiling previous dismissed case where i got arrest on duty for having a firearm which i have a civil case pending and questioned me regarding such facts. I stated that i had nothing to do with such case as such case was from out of the county and out of conclusion as it already had gotten dismissed in el cajon court house by judge roderick. lepe defammed me based on previously dismissed court matters that are protected by federal court that are still pending.

my next court hearing what that following week where i again saw judge lepe negrete and still had not come to a ruling conclusion. I was able to walk into the court room but i was not asked to make any statements as I simply walked in and walked out and was placed into my cell. officer oretga arresting officer was not present therfore lepe negrete pushed back the court date which was unfair. It is not up to the court nor the people to monitor or keep officers or people of to date on their court dates.

My third visit again was with lepe and she granted bail. lepe again moved the bail amount fee by decreasing the ammount from 50k to 25k. No conclusion on a ruling was given to me. after walking out from the court room i had a talk with warren the lawyer after coming out of my cell where i asked him what specifically had happen and what the judge was sentencing.He made some comments trying to manipluate the sitatuation so I asked if he could please not represent  me anymore. I requested from him I was requesting a new public attorney and again maniplueated the situation and state he was they only person. I again told him that i needed a new lawyer as i did not feel comfortable with him representing me as I felt he was trying to incriminate me and did not know the law. He made some other comments trying to manipluate the sitation where i again stated that i had already advised him i wanted a new lawyer to stop harrassing me as i did not want mister warren the lawyer to represent. next court hearing mister warren showed up and again represented me and had no other choice as he stated no other person was available. Even during my incarceration after asking him to dismiss himself from my case he continue to video chat me constantly with nothing but bluff where i again stated to him to please stop calling me as i was not trying to be rude but i did not want him to represent me as i had told him to stop harrasing me and to please stop calling me. Mister warren asked if i could please hear him out which i did and he stated he was working on getting such stuff i had requested and recieved the messages for call backs but such video calls were scheduled with miss saline but mister warren but return the call as miss saline was the first pulic attorney who first was represent me. before ending the call i told him i understood and thanked him but asked him to leave me alone and that for my safety i made a verbal statement refusing to physically attend at the court house for my safety as i had been injuried at the brawley court house the previous week while being the only inmate in handcuffs and anklecuffs. I disconnected by refusing to attending phyicall but did recomment the alternative from my first court session through video court call to assure i do not get injuried.He then threaten he would place an order for extraction and i told him that again for my safety that was the way i was taking. I also made police

THe fourth court case was again held in brawley court house with judge christipher plourd. Martha the 7 eleven employe.was present that day and did get on the counter to speak her mind and story as well as the arresting officer oretga where they completely slandered but no comment of any threat  was given nor did they stated any specific statement where they stated the threat. Everyone was allowed to step foward and speak up and say their part and statements but i was never offered that opportunity. I did asked Mister plourd if i could make a statement regarding the incident where i explained to him my side of the story and stated the incident fell under the 1st amendment right freedom of speech. plourd made no statements after that and did not come to any ruling conclusion and was walked out by the sheriff officer and was told by my lawyer to wait out by the chair to speak to the lawyer mister warren. as I came to the chair and turned around mister warren approached me and stated  he had granted bail but did not state anything else. I made a comment regarding the video retrieved from ecpd for incident review and warren lawyer said he still was in the process of obtaining it.



Prior to this hearing i had a conversation with mister warren the lawyer before seeing lepe negrete where i explained the situation and he was manipluating the whole story. he stated i was looking at 90 days plus probaton and wanted me to take the pleaded. I explained to him the story and tried maniplating certain law facts on the corruption facts i had seen as a false Diver license number was on my police report falsifying my identify as well as other fake allegations for not corporating with the police as i did not have to corporate with them as i first asked what crime had i committed and was being stopped or questioned for. the officers had nothing to reply but to ask about my visit at 7 eleven and nothing else. upon iniating contact the officers did not make a move to arrest therefore they had no reason to be there as there was no cause to arrest or detain so i did not coroporate. i believe they came up with a false allegation after 30 mintues of sitting around and trying to come up with something after explaining to them they were trespassing. i also stated they had no right to be here as my rights were being violated because there was no probable cause and it was a simple exchange of words in a verbal agruement from across the counter for refusing service for money order check. i was st The reason i know is because I have a minor in crminal justice and my homeword was based on case law study report researchs and the bill of rights was something we focused on all year long especially my first 5 amendment rights. I also asked mister warren to subpoena the el centro police incident video as they had bodycams for my next hearing which was with mister plourd. ONce after the court session i questioned warren regarding the situation where he state he was working on it and told him he needed to dismiss himself.

The court session after in el centro court house with my poli flores the judicial officer where again the judge did not come to a conclusion. I asked mister poli if i could make a statement where he allowed me and i explained to him that i did cuss the lady out and it was freedom of speech and that i was requesting a new lawyer. I explained to him i did not feel comfortable with mister warren and he refused to make such movements to comfort me in the process.

the following court session was again in el centro court house with judge Ross. Judge ross did refuse to take a statment from me and did place me under arrest for being flight risk. I questioned such arrest when i was placed in a room outside of the court room and requested my lawyer as i explained to him that i was on bail and that it was my first case trail from bailing out so how would be a flight risk if i showed up to the court trail. prior to the arrest i did have a conversation with my lawyer a bigger male in his late 30s asking him to make recommendations to remove such suggestions from the judge as he was implying and assuming i was a 5150 by suspending the trail and recommending i get checked in at mental health county services for an evaluation for probation protocol but i have never been in trouble before or placed on probation so i question my lawyer regarding such matters as my family does not have a history of a mental disability.

the court session after that i had it at the el centro court house with judge quan where he delayed the court trail pushing it back a week or two.

A month later in the same court room judge plourd was present and pushed the court trail back  trail a month

A month later i again saw judge quan monday march 6th monday where quan judicial judge pushed it back another week for the 13th of march monday 2023. I am still awaiting a ruling and reports have false articulation with false

Case 3:23-cv-00760-AGS-DDL   Document 1   Filed 04/26/23   PageID.7   Page 7 of 17

incident locations, store video camera proof there was no threat nor incident and video proof/body cam footage shows officers placed hands on the individual before telling him why he was under arrest or being placed under arrest. The individual was within reach and within property and walked to the area of the other officer to hear their side conversation as one officer came around to speak to the other officer which was crankshaw so i want to hear what that officer was going to tell the other officer and that is when officer crankshaw and the other unkown offer grab me and tried to arrest me hit my knee in, try and tase me by the taser fails to discharge without even using any of my force.

**(Please see other reports of previous pending law suit against el centro police department and imperial county sheriff office to read about the incident specifically which lead to court case trail biven law case suit in imperial county.)**


The us superior courts in imperial valley were corrupted as the district attorney from another county was present speaking on behave of the imperial county districts office. My court visits was usually with subjects from out of the county where other courty and county officials would present themselves on behalf of the people from the district attorneys office stating to be district official in another county but session were being held here without the usual distric attorney or usual criminal judges. court trail session also ran and where organized and conducted differently then from what i rememeber and recall from previous court visits from family issues to small claim suits and traffic courts appealing to questioning every allegation. I have had a preliminary hearing 7 times already and have seen 5 different judges and not a single one has came to a conclusion on the ruling. The articulation of the police reports are wrong and false therefore the case is automatically dismissed. video evidence also proof no crime was committed. officers did use excessive force and the victim did not corporate but not answering they're questions the way they wanted to as he altered his voice and practice his 5th. Also such incident took place in el centro so i questioned why my court trail was being held in brawley court house. Every incident civil or criminal is addressed within the city's court house but my was outside the couty where such city holds a different mayor official which every city holds a different jursidication



# Imperial County Sheriff's Jail
## Booking Summary Sheet Report

**Demographic Information:**

Name Number: 392960          Social Sec #: - -          Date of Birth: 8/11/1994
Last Name: ALONSO          First Name: CHRISTOPHER          Middle Name: KEN          Suffix:

Address: 585 WESTWIND DRIVE
City: El Centro          State: CA          Phone Number: (760)886-2332
Sex: M     Race: H     Height: 6'00"     Weight: 300     Eyes: BRO     Hair: BRO
Birth Place: El Centro, CA          State ID#: A33352908     FBI #: 710077AH5

**Booking Information: (Booking #: 22-1934)**

Booking Type: County          Booking Date/Time: 10/01/2022 23:54

**Arrest Information**

Date/Time of Arrest: 10/01/2022 23:01          Arresting Agency: El Centro Police Department
Arrest Area: EL CENTRO PD - WEST BEAT          Arresting Officer: Ortega,Cristian
Location of Arrest: 815 W ADAMS

**Offense Information**

Counts: 1     Class: Felony          Type: ON SITE ARREST          Bond: 25,000.00
Statute: 422(A) PC F (16049) - THREATEN CRIME WITH INTENT TO TERRORIZE

**Offense Information**

Counts: 1     Class: Felony          Type: ON SITE ARREST          Bond: 25,000.00
Statute: 69(A) PC F (48161) - OBSTRUCT/RESIST EXEC OFCR

## Inmate Pin:

If you, or someone you know, are experiencing sexual abuse or sexual harassment, The Imperial County Jail wants to know. We want you to report right away! Here is how you can report:

- Telephone: (442)265-2272.
- Report to any staff, volunteer, contractor, or medical or mental health staff.
- Submit a grievance or sick call slip.
- Report to the PREA Coordinator or PREA Compliance Manager.
- You can call the Sure Helpline Crisis Center at (760)352-7873.
- Tell a family member, friend, legal counsel, or anyone else outside the facility.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF IMPERIAL

**FILED**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: JCF006186 |
| Plaintiff, | **VERDICT** |
| vs. | **NOT GUILTY** |
| CHRISTOPHER KEN ALONSO, | |
| Defendant. | |

MAR 2 1 2023

SUPERIOR COURT
COUNTY OF IMPERIAL
CLERK OF THE COURT
BY _____, DEPUTY

We, the jury in the above-entitled case, find the defendant, CHRISTOPHER KEN ALONSO, **NOT GUILTY** of **RESISTING EXECUTIVE OFFICER**, in violation of California Penal Code §69, as set forth in Count 2 of the Information.

DATED: __3-21-2023__

_____
FOREPERSON

Verdict Form

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF IMPERIAL

**FILED**

PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

CHRISTOPHER KEN ALONSO,

Defendant.

Case No.: JCF006186

**VERDICT**

**NOT GUILTY**

MAR 21 2023

SUPERIOR COURT
COUNTY OF IMPERIAL
CLERK OF THE COURT
BY _____, DEPUTY

We, the jury in the above-entitled cause, find the defendant, CHRISTOPHER

KEN ALONSO, **NOT GUILTY** of **CRIMINAL THREATS,** a violation of Penal Code section

422(a) of the State of California, as set forth in Count 1 of the Information.

DATED: _3-21-2023_

_____
FOREPERSON

Verdict Form

<table>
<tr><td colspan="2" align="center">SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF IMPERIAL</td></tr>
</table>

| | |
|---|---|
| **People**<br>    Plaintiff,<br>vs.<br><br>**Christopher Ken Alonso**<br>    Defendant/Respondent.<br><br>**DOB: 08/11/1994** | Jud. Officer:   **William Quan**<br><br>Clerk:      **Claudia Montes**<br>Bailiff:     I. Tipola<br>CSR:      Not reported/recorded via liberty recorder<br>Interpreter:  N/A<br>Language:<br><br>Plaintiff Counsel/DA: Anna Sebastian<br><br>Defendant Counsel/PD: Ben Warren |
| Minutes: **Readiness Conference**<br><br>Date:   **March 6, 2023** | Case No.   **JCF006186**<br>           **El Centro Dept. 8** |
| **Charges:**    Ct.2-PC69Obstruct/Resist Executive Officer Ct.1-PC422(a)Threats To Commit Crime Resulting In Death | |

Defendant is present with counsel.

The People request trailing this matter to 03/13/2023 and states that for the past month they have been trying and attempt to serve the victim of Count 1 and they have not been able to do so.

The Court notes the last day is 03/24/2023.

Defense counsel announces ready. SO NOTED.

**IT IS THE ORDER OF THE COURT matter is continued for Readiness Conference trailing Jury Trial on 03/13/2023 at 8:30 a.m., at the El Centro Court, Master Calendar.**

Defendant is advised of next hearing date and ordered to return.

DIST:  ☐ DA   ☐ PD   ☐ DEF   ☐ JAIL   ☐ ATTY   ☐ PROB   ☐ CITY ATTY   ☐ DOC

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF IMPERIAL | |
|---|---|
| **People**<br>      Plaintiff,<br>vs.<br><br>**Christopher Ken Alonso**<br>      Defendant/Respondent.<br><br>**DOB: 08/11/1994** | Jud. Officer:   **Christopher Plourd**<br><br>Clerk:         Alan Velasco<br>Bailiff:        **F. Alvarez**<br>CSR:          Recorded via Liberty Recorder<br>Interpreter:    Not Required<br>Language:    N/A<br><br>Plaintiff Counsel/DA: <u>**DDA Veronica Henderson**</u><br><br>Defendant Counsel/PD: <u>**DPD Benjamin Warren**</u> |
| Minutes: **Pre-Trial & Setting of Jury Trial**<br><br>Date:    **January 23, 2023** | Case No.    **JCF006186**<br>                **El Centro Dept. 2** |
| **Charges:**      Ct.2-PC69Obstruct/Resist Executive Officer Ct.1-PC422(a)Threats To Commit Crime Resulting In Death | |

Defendant is present and appearing with counsel, Deputy Public Defender, Benjamin Warren. Deputy District Attorney, Veronica Henderson, is present and appearing on behalf of the People.

The Court indicates no court reporter is available and that matter is being recorded.

Mr. Warren withdraws previously entered time waiver and requests dates be set.

The Court inquires from defense counsel if he wants a pre-trial conference.

Mr. Warren states he will calendar a pre-trial conference if needed.

The Court notes the 60th day is 03/24/2023.

**IT IS THE ORDER OF THE COURT:**
- Readiness Conference is set for 03/06/2023 at 8:30am in Department 8.
- Jury Trial is set for 03/07/2023 at 8:30am in Department 8.

DIST:  ☐ DA    ☐ PD    ☐ DEF    ☐ JAIL    ☐ ATTY    ☐ PROB    ☐ CIT

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL

THE PEOPLE OF THE STATE OF CALIFORNIA vs *Christopher Ken Alonso*

Case No. JCF0016186

Date 10/06/2022

*Defendant*

## NOTICE, SENTENCE, COMMITMENT FORM

Judge Lepe-Negrete

DOB _____

NEXT COURT APPEARANCE DATE 10/18/2022 DEPT. 12 CHARGES PC422(a), PC69

@ 9 AM    West

**FOR:**
- [ ] Guilty/No Contest by plea/verdict
- [x] Preliminary Examination
- [ ] Pretrial Conference
- [ ] Readiness Hearing
- [ ] Court Trial/Jury Trial
- [ ] Revocation Hearing
- [ ] Case dismissed
- [ ] Probation Hearing/Sentencing

- [ ] Other
- [ ] Other
- [ ] Interpreter Required
- [x] Defense Atty. PD
- [ ] DA
- [ ] Dates Vacated

- [x] Report to **Probation** if bail posted within 48 hours for further recommendation at address _____ for _____
*Agency*

## CUSTODIAL STATUS BEFORE SENTENCE:
- [x] Remanded to custody of
- [x] Sheriff
- [ ] Centinela
- [ ] Calipatria
- [x] Bail $ ~~35,000~~ reduced to 25,000
- [ ] Remain at liberty on bail
- [ ] Released on own recognizance. Conditions: obey all laws; make all court appearances; _____

- [ ] Custodial/Pretrial Monitoring Services Recommendations by Probation
  - [ ] Referred to Day Reporting Center for Humphries Assessment
- [ ] Defendant ordered discharged as to this case only.  [ ] Defendant ordered released into the custody of a representative from _____
- [ ] Remanded on warrant.

## SENTENCE AND CUSTODIAL STATUS
- [ ] Jail: Serve _____ days in jail, with credit for time served pursuant to P.C. 2900.5 Credits _____ + _____ = _____
- [ ] Sentence to be served consecutively to _____   [ ] Sentence to be served concurrent to _____
- [ ] Stay of execution granted until _____ at _____ p.m. and defendant ordered to surrender to Sheriff at that time, prompt, sober and with photo ID.
- [ ] Probation granted  [ ] Denied  [ ] Reinstated  [ ] Terminated  [ ] Admits VOP
- [ ] Pay fine of $ _____ to Superior Court of California, County of Imperial, by _____
- [ ] Installments at the Rate of $ _____ starting on _____ and due on the _____ day of each month.
- [ ] State Prison for the _____ term of _____ years/months. Credits _____ + _____ = _____
- [ ] State Prison Abstract to follow.
- [ ] County Prison per P.C. 1170

I certify the foregoing is true and correct.
**MARIA RHINEHART, CLERK OF THE COURT**     BY RSanchez

**TO THE SHERIFF:** The foregoing sealed copy of judgment in the above entitled action is your authority for the execution thereof. DEFENDANT, BEING RELEASED ON HIS OWN RECOGNIZANCE, AGREES THAT: (a) Defendant acknowledges that if he or she is charged with a misdemeanor/felony and willfully fails to appear as required and/or abide by all court orders after being released on his or her own recognizance, in order to evade the process of the Court, is guilty of a misdemeanor, punishable by imprisonment in the county jail for not more than 6 months or a $1,000 fine or both. (b) If he fails to appear and is apprehended outside the State of California, he waives extradition. (c) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him/her to custody or require that he/she give bail or other assurance of his/her appearance as provided in part 2, title 10, chapter 1 of Penal Code.

Witnessed by _____ Executed on _____ By _____ , Defendant

DISTRIBUTION:    D.A.    DEFENSE ATTORNEY    JAIL    PROBATION    DEFENDANT
REVISED 09/21   IH01                                                    Superior Court Printing Dept.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL**

THE PEOPLE OF THE STATE OF CALIFORNIA vs _Christopher Ken Alonso_    Case No. _JCF 006186_

_Defendant_    Date _10/18/22_

DOB _8/11/94_    **NOTICE, SENTENCE, COMMITMENT FORM**    Judge _Poloura_

NEXT COURT APPEARANCE DATE _10/20/22_    DEPT. _BW_ CHARGES _PC422(a) PC69_
_9:00 am_

**FOR:**

| | | |
|---|---|---|
| ☐ Guilty/No Contest by plea/verdict | ☐ Review: Transportation | ☐ CTS – Credit calculation Hearing |
| ☑ Preliminary Examination | ☐ Firearm Relinquishment Hearing | |
| ☐ Pretrial Conference | ☐ Humphries/ Bail Review Hearing | |
| ☐ Readiness Hearing | ☐ Interpreter Required | |
| ☐ Court Trial/Jury Trial | ☑ Defense Atty. _B Warren_ | |
| ☐ Revocation Hearing | ☑ DA _A Sebastian_ | |
| ☐ Case dismissed. | ☐ Dates Vacated | |
| ☐ Probation Hearing/Sentencing | ☐ Confirmation of Counsel | |
| ☐ Setting: _____ | ☐ Other _____ | |
| ☐ Report to _____ at address _____ for _____ | | |
| _Agency_ | | |

**CUSTODIAL STATUS BEFORE SENTENCE:**

☐ Remanded to custody of ☑ Sheriff    ☐ Centinela    ☐ Calipatria    ☑ Bail $ _25,000—_

☐ Released on own recognizance. Conditions: obey all laws; make all court appearances; _____

☐ Custodial/Pretrial Monitoring Services Recommendations by Probation

    ☐ Referred to Day Reporting Center for Humphries Assessment

☐ Defendant ordered discharged as to this case only.    ☐ Defendant ordered released into the custody of a representative from _____

☐ Remanded on warrant.

**SENTENCE AND CUSTODIAL STATUS**

☐ Jail: Serve _____ days in jail, with credit for time served pursuant to P.C. 2900.5 Credits _____ + _____ = _____

☐ Sentence to be served consecutively to _____    ☐ Sentence to be served concurrent to _____

☐ Stay of execution granted until _____ at _____ p.m. and defendant ordered to surrender to Sheriff at that time, prompt, sober and
with photo ID.

☐ Probation granted    ☐ Denied    ☐ Reinstated    ☐ Terminated    ☐ Admits VOP

☐ Pay fine of $ _____ to Superior Court of California, County of Imperial, by _____

☐ Installments at the Rate of $ _____ starting on _____ and due on the _____ day of each month.

☐ State Prison for the _____ term of _____ years/months. Credits _____ + _____ = _____

☐ State Prison Abstract to follow.

☐ County Prison per P.C. 1170 _____ term of _____ years/months. Credits _____ + _____ = _____

I certify the foregoing is true and correct.
**MARIA RHINEHART, CLERK OF THE COURT**    BY _Maureca_

**TO THE SHERIFF:** The foregoing sealed copy of judgment in the above entitled action is your authority for the execution thereof. DEFENDANT,
BEING RELEASED ON HIS OWN RECOGNIZANCE, AGREES THAT: (a) Defendant acknowledges that if he or she is charged with appearance to evade the
misdemeanor/felony and willfully fails to appear as required and/or abide by all court orders after being released on his or her own recognizance, (b) to
evade the process of the Court, is guilty of a misdemeanor, punishable by imprisonment in the county jail for not more than 6 months or $1,000 fine, or
both. (b) If he fails to appear and is apprehended outside the State of California, he waives extradition. (c) Any Court or magistrate of competent jurisdiction
may revoke the order of release and either return him/her to custody or require that he/she give bail or other assurance of his/her appearance as described in
part 2, title 10, chapter 1 of Penal Code.

Witnessed by _____    Executed on _____    By _____    Defendant

DISTRIBUTION:    D.A.    DEFENSE ATTORNEY    JAIL    PROBATION    DEFENDANT
REVISED 09/22    IH01    Superior Court Printing Dept.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL**

THE PEOPLE OF THE STATE OF CALIFORNIA v. *Christopher Ken Alonso*

Case No. *JCF006086*

Date *10/04/2022*

Defendant

**NOTICE, SENTENCE, COMMITMENT FORM**

Judge *Lee-Negrete*

DOB _____

NEXT COURT APPEARANCE DATE *10/06/2022*  DEPT *BR West*  CHARGES *PC422(a), PC69*

@ 9am

FOR:
- [ ] Guilty/No Contest by plea/verdict
- [x] Preliminary Examination *10/18/2022*
- [ ] Pre Preliminary *Prelim*
- [x] Readiness Hearing *@ 9am BR West*
- [ ] Court Trial/Jury Trial
- [ ] Revocation Hearing
- [ ] Case dismissed
- [ ] Probation Hearing/Sentencing
- [ ] Setting:
- [ ] Report to _____ Agency _____ at address _____ for _____

- [ ] Review: Transportation
- [ ] Firearm Relinquishment Hearing
- [x] Humphries/ Bail Review Hearing *10/06/2022 @ 9am BR West*
- [ ] Interpreter Required
- [ ] Defense Atty.
- [ ] DA
- [ ] Dates Vacated
- [ ] Confirmation of Counsel
- [ ] Other
- [ ] CTS – Credit calculation Hearing

**CUSTODIAL STATUS BEFORE SENTENCE:**
- [x] Remanded to custody of [x] Sheriff  [ ] Centinela  [ ] Calipatria  [x] Bail $ *50,000*
- [ ] Released on own recognizance. Conditions: obey all laws; make all court appearances;
- [ ] Custodial/Pretrial Monitoring Services Recommendations by Probation
  - [ ] Referred to Day Reporting Center for Humphries Assessment
- [ ] Defendant ordered discharged as to this case only.  [ ] Defendant ordered released into the custody of a representative from _____
- [ ] Remanded on warrant.

**SENTENCE AND CUSTODIAL STATUS**
- [ ] Jail: Serve _____ days in jail, with credit for time served pursuant to P.C. 2900.5 Credits _____ + _____ = _____
- [ ] Sentence to be served consecutively to _____  [ ] Sentence to be served concurrent to _____
- [ ] Stay of execution granted until _____ at _____ p.m. and defendant ordered to surrender to Sheriff at that time, prompt, sober and with photo ID.
- [ ] Probation granted  [ ] Denied  [ ] Reinstated  [ ] Terminated  [ ] Admits VOP
- [ ] Pay fine of $ _____ to Superior Court of Imperial, County of Imperial, by _____
- [ ] Installments at the Rate of $ _____ starting on _____ and due on the _____ day of each month.
- [ ] State Prison for the _____ term of _____ years/months. Credits _____ + _____ = _____
- [ ] State Prison Abstract to follow.
- [ ] County Prison per P.C. 1170 _____ term of _____ years/months. Credits _____ + _____ = _____

I certify the foregoing is true and correct.
**MARIA RHINEHART, CLERK OF THE COURT**   BY *RSanchez*

**TO THE SHERIFF:** The foregoing sealed copy of judgment in the above entitled action is your authority for the _____ OF DEFENDANT, BEING RELEASED ON HIS OWN RECOGNIZANCE, AGREES THAT: (a) Defendant acknowledges that if he or _____ charged with _____ in order to evade the process of the Court, is guilty of a misdemeanor, punishable by imprisonment in the county jail for not _____ fine or both. (b) If he fails to appear and is apprehended outside the State of California, he waives extradition. (c) Any _____ jurisdiction may revoke the order of release and either return him/her to custody or require that he/she give bail or other assu_____ provided in part 2, title 10, chapter 1 of Penal Code.

Witnessed by _____ Executed on _____ By _____ , Defendant

DISTRIBUTION:  D.A.   DEFENSE ATTORNEY   JAIL   PROBATION   DEFENDANT
REVISED 09/22   IH01

Superior Court Printing Dept.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL

THE PEOPLE OF THE STATE OF CALIFORNIA vs *Christopher Ken Alonso*

Defendant

Case No. *J4F006186*

Date *11/8/22*

DOB *8/11/94*

## NOTICE, SENTENCE, COMMITMENT FORM

Judge *Flores*

NEXT COURT APPEARANCE DATE *12/9/22* DEPT *EC* CHARGES *PC 490(a) PC 14*

*Dept. 1 1:30 pm*

**FOR:**

☐ Guilty/No Contest by plea/verdict
☑ Preliminary Examination
☑ Pretrial Conference
☑ Readiness Hearing *12/19*
☑ Court Trial/Jury Trial *12/20*
☐ Revocation Hearing
☐ Case dismissed.
☐ Probation Hearing/Sentencing
☐ Setting:
☐ Report to _____ at address _____ for _____
        Agency

☐ Review: Transportation
☐ Firearm Relinquishment Hearing
☐ Humphries/ Bail Review Hearing
☐ Interpreter Required
☑ Defense Atty: *B. Warren*
☑ DA *A. Sebastian*
☐ Dates Vacated
☐ Confirmation of Counsel
☐ Other

☐ CTS – Credit calculation Hearing

*Jessica Alvarez*

## CUSTODIAL STATUS BEFORE SENTENCE:

☑ Remanded to custody of ☑ Sheriff    ☐ Centinela    ☐ Calipatria.    ☑ Bail $ *25,000.—*
☐ Released on own recognizance. Conditions: obey all laws; make all court appearances; _____
☐ Custodial/Pretrial Monitoring Services Recommendations by Probation
        ☐ Referred to Day Reporting Center for Humphries Assessment
☐ Defendant ordered discharged as to this case only.    ☐ Defendant ordered released into the custody of a representative from _____
☐ Remanded on warrant.

## SENTENCE AND CUSTODIAL STATUS

☐ Jail: Serve _____ days in jail, with credit for time served pursuant to P.C. 2900.5 Credits _____ + _____ = _____
☐ Sentence to be served consecutively to _____    ☐ Sentence to be served concurrent to _____
☐ Stay of execution granted until _____ at _____ p.m. and defendant ordered to surrender to Sheriff at that time, prompt, sober and
    with photo ID.
☐ Probation granted    ☐ Denied    ☐ Reinstated    ☐ Terminated    ☐ Admits VOP
☐ Pay fine of $ _____ to Superior Court of California, County of Imperial, by _____
☐ Installments at the Rate of $ _____ starting on _____ and due on the _____ day of each month.
☐ State Prison for the _____ term of _____ years/months. Credits _____ + _____ = _____
☐ State Prison Abstract to follow.
☐ County Prison per P.C. 1170 _____ term of _____ years/months. Credits _____ + _____ = _____

I certify the foregoing is true and correct.
**MARIA RHINEHART, CLERK OF THE COURT**        BY *Maureen D.*

**TO THE SHERIFF:** The foregoing sealed copy of judgment in the above entitled action is your authority for the execution thereof. DEFENDANT, BEING RELEASED ON HIS OWN RECOGNIZANCE, AGREES THAT: (a) Defendant acknowledges that if he or she is charged with misdemeanor/felony and willfully fails to appear as required and/or abide by all court orders after being released on his or her own recognizance to evade the process of the Court, is guilty of a misdemeanor, punishable by imprisonment in the county jail for not more than six months or a $1000.00 fine, or both. (b) If he fails to appear and is apprehended outside the State of California, he waives extradition. (c) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him/her to custody or require that he/she give bail or other assurance of his/her appearance as provided in part 2, title 10, chapter 1 of Penal Code.

Witnessed by _____    Executed on _____    By _____    Defendant

**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



DIVISION OF LAW ENFORCEMENT
BUREAU OF FIREARMS
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Telephone: (916) 210-2300
Fax: (916) 227-3744

April 22, 2022

Christopher Ken Alonso
585 Westwind Dr
El Centro, CA 92243

Re:    Law Enforcement Release - Firearm(s)

Dear Christopher Ken Alonso:

This letter acknowledges receipt of your Law Enforcement Release Application. Before a law enforcement agency may return a firearm in its custody, three requirements must be satisfied: (1) the person seeking return of the firearm must be eligible to possess firearms; (2) the firearm must not be listed as lost or stolen; and (3) the firearm must be recorded in the Department's Automated Firearms System (AFS) in the name of the individual seeking its return. (Pen. Code, §§ 33865 et seq.) The Department determines firearm eligibility. The law enforcement agency with custody of the firearm verifies that it is not lost or stolen and is recorded in the AFS in your name.

The Department has determined that, as of the date of this letter, you **are eligible** to possess the below-identified firearm.[1] Please note that this determination is only valid for 30 days. If you do not retrieve your items within 30 days after the date of this letter, you must submit a new LER application and required fees to the Department in order to obtain an updated LER clearance letter.

| Serial Number | Make | Model | Caliber |
|---|---|---|---|
| FZJ4182 | SW | SD40VE | 40 |

Also, please note that courts and law enforcement agencies are not required to retain this firearm for more than 180 days after notifying you that it is available for return. If you are so notified, and do not make a claim for this firearm within 180 days of that notification, it may be destroyed. If you have any questions, please contact the Bureau of Firearms Law Enforcement Release Team via email at BOF.LER@doj.ca.gov.



Sincerely,

BUREAU OF FIREARMS

For    ROB BONTA
Attorney General

---

[1] Ammunition feeding devices and ammunition also may be released along with the firearm.

BOF/LER-0001